# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-0539-PHX-DGC |
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| Aaron Anthony Ordonez, | |
| Defendant. | |

On August 13, 2019, defendant, Aaron Anthony Ordonez, appeared before this Court on a petition to revoke conditions of release. The Court considered the evidence and proffers presented to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release. The Court further finds that there is no condition or combination of conditions available to the Court. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

Dated this 14th day of August, 2019.

_____
Honorable Deborah M. Fine
United States Magistrate Judge